IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARC STOUT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:21-cv-00896 |
| ) | Hon. Liam O'Grady |
| SGT. REYES, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is Plaintiff's Application to Proceed in Forma Pauperis. Dkt. 2. Upon consideration and for good cause shown, the request is **GRANTED**.

The clerk is **DIRECTED** to mail a copy of this Order to Plaintiff.

It is **SO ORDERED**.

August 6, 2021
Alexandria, Virginia

Liam O'Grady
United States District Judge